IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BROADCAST MUSIC, INC., et al.** *Plaintiffs,* | : : : | |
| v. | : : | CIVIL NO. 22-3194 |
| **CRAFTY'S TAPROOM, INC., et al.** *Defendants.* | : : | |

### ORDER

AND NOW, this **18th** day of **April 2023**, upon consideration of the Plaintiffs' Motion for Leave to File Reply Brief (ECF No. 20), it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiffs' Proposed Reply Brief, which is attached as Exhibit A to their motion (ECF No. 20-1), shall be deemed **FILED** as of the date of this Order.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge